UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

------------------------------------------------------------ X
GITA F. SANKANO,                                          :
                                                          :   Civil Action No.: 8:24-cv-00951-TJS
                                           Plaintiffs,    :
                                                          :
            v.                                            :
                                                          :
MAJOR, LINDSEY & AFRICA; ANDY                             :
UFBERG, in his individual and professional                :
capacity, RANDI LEWIS, in her individual and              :
professional capacity, and ELIZA STOKER, in               :
her individual and professional capacity                  :
                                                          :
                                           Defendants.    :
------------------------------------------------------------ X

## STIPULATION OF DISMISSAL
## WITH PREJUDICE

Plaintiff Gita F. Sankano, Defendant Major, Lindsey & Africa, Defendant Andy Ufberg, Defendant Randi Lewis and Defendant Eliza Stoker, by counsel, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate that this action should be dismissed WITH PREJUDICE, each party to bear its own costs.

Dated: May 22, 2025

**SMITH, GAMBRELL & RUSSELL LLP**

  /s/ David J. Doyle
David J. Doyle (*pro hac vice*)
Alexander A. Pabon (*pro hac vice*)
311 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
Phone: (312) 360-6000
Facsimile: (312) 360-6520
ddoyle@sgrlaw.com
apabon@sgrlaw.com

*Counsel for Defendants*

1

**ZIPIN, AMSTER & GREENBERG, LLC**

/s/ Gregg C. Greenberg
Gregg C. Greenberg, Bar No. 17291
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
Telephone: (301) 587-9373
Facsimile: (240) 839-9142
ggreenberg@zagfirm.com

-and-

**WIGDOR LLP**

Michael J. Willemin (*pro hac vice*)
Brooke Payton (*pro hac vice*)
85 Fifth Avenue
New York, New York 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mwillemin@wigdorlaw.com
bpayton@wigdorlaw.com

*Counsel for Plaintiff*